# UNITED STATES DISTRICT COURT
## District of Minnesota

Cynthya Lou Porter

V.

City of Brooklyn Park, City of Caledonia, City of Goodview, City of Maplewood, Martin County, Olmstead County, City of St. Paul, Winona County, Dakota County, City of Winona, Metropolitan Airports Commission, Michael Campion, Ramona Dohman, John and Jane Does (1-600), Department of Public Safety Does (1-30), Entity Does (1-50)

**JUDGMENT IN A CIVIL CASE**

Case Number:  14-253 JNE/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant City of Saint Paul's motion to dismiss [ECF No. 17] is GRANTED.

2. Defendant Cities of Brooklyn Park, Caledonia, Goodview, Maplewood, and Winona's motion to dismiss [ECF No. 22] is GRANTED.

3. The motion to dismiss of Defendants Martin County and Winona County [ECF No. 33] is GRANTED.

4. Defendant Dakota County's motion to dismiss [ECF No. 38] is GRANTED.

5. Defendant Olmstead County's motion to dismiss [ECF No. 48] is GRANTED.

6. Defendant Metropolitan Airports Commission's motion to dismiss [ECF No. 54] is GRANTED.

7. Defendants Michael Campion and Ramona Dohman's motion to dismiss [ECF No. 63] is GRANTED.

8. Counts II, III, IV, and V of Plaintiff's Complaint are DISMISSED with prejudice as to all Defendants.

9. Count 1 of Plaintiff's complaint against Defendants Michael Campion and Ramona Dohman is DISMISSED with prejudice. For all other Defendants, Count I is DISMISSED with prejudice as to all claims based on retrievals of Plaintiff's protected data prior to January 27, 2010, and otherwise without prejudice.

|  |  |
|---|---|
| August 27, 2014 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/A. Linner |
|  | (By)     A. Linner    Deputy Clerk |