UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Cynthya Lou Porter, | Civil File No. 14-cv-00253 (JNE/FLN) |
| Plaintiff, | |
| v. | |
| City of Brooklyn Park, *et al.* | **NOTICE OF APPEAL** |
| Defendants. | |

---

Pursuant to Fed. R. App. P. (c)(1) and (4)(a), notice is hereby given that Plaintiff Cynthya Lou Porter in the above-named case appeals to the United States Court of Appeals for the Eighth Circuit.

Plaintiff appeals from the Order (Docket 73) of the United States District Court for the District of Minnesota that was entered into on August 27, 2014, and the Judgment (Docket 74) of the United States District Court for the District of Minnesota that was entered into on August 27, 2014.  Plaintiff appeals the Court's Order dismissing her Complaint with Prejudice and the Judgment entered thereon, and all Orders inhering therein.

Dated:  September 22, 2014    **SAPIENTIA LAW GROUP, PLLC**

  s/Jonathan A. Strauss
  Jonathan A Strauss (#279602)
  Lorenz F. Fett, Jr. (#196769)
  Sonia Miller-Van Oort (#278087)
  12 S 6th St, Suite 1242
  Minneapolis, MN 55402
  Phone:  612-756-7100
  Fax: 612-756-7101

1

jons@sapientialaw.com
larryf@sapientialaw.com
soniamv@sapientialaw.com

**ATTORNEYS FOR PLAINTIFF**