# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-3151
_____

Sarah Kristine Tichich

Plaintiff - Appellant

v.

City of Bloomington; City of Cannon Falls; City of Lakeville; City of Maple Grove; City of Marshall; City of Minneapolis; City of Ramsey; City of Richfield; City of Robbinsdale; City of Rosemount; City of St. Anthony; City of Woodbury; Hennepin County; Mille Lacs County; Minneapolis Park and Recreation Board; Ramsey County; Rice County; Sherburne County; Wright County; Michael Campion, in his individual capacity as the Commissioner of the Department of Public Safety; Ramona Dohman, in her individual capacity as the Commissioner of the Department of Public Safety; John and Jane Does, (1-300) acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of the other governmental agencies; Department of Public Safety Does, (1-30) acting in their individual capacity as officers, supervisors, staff, employees, independent contractors or agents of the Minnesota Department of Public Safety; Entity Does, (1-30) including cities, counties, municipalities, and other entities sited in Minnesota

Defendants – Appellees
_____

No: 14-3188
_____

Cynthya Lou Porter

Plaintiff - Appellant

v.

City of Brooklyn Park; City of Caledonia; City of Goodview; City of Maplewood; Martin County; Olmstead County; City of St. Paul; Winona County; Dakota County; City of Winona; Metropolitan Airports Commission; Michael Campion, in his inidvidual capacity as the Commissioner of the Department of Public Safety; Ramona Dohman, in her individual capacity as the Commissioner of the Department of Public Safety; John and Jane Does 1-600, acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of the other governmental agencies; Department of Public Does 1-30, acting in their individual capacity as officers, supervisors, staff, employees, independent contractors or agents of the Minnesota Department of Public Safety; Entity Does 1-50, including cities, counties, municipalities, and other entities sited in Minnesota

Defendants - Appellees

_____

No:  14-3225
_____

Laureen Cay Barghini

Plaintiff - Appellant

v.

Anoka County; City of Bloomington; City of Brainerd; City of Brooklyn Park; City of Burnsville; City of Champlin; Dakota County; Dakota Communications Center; City of Edina; City of Farmington; Hennepin County; City of Hopkins; City of Minneapolis; City of Minnetonka; City of Mound; City of New Brighton; City of North St. Paul; Ramsey County; City of Robbinsdale; City of Rochester; City of St. Paul; Stearns County; City of White Bear Lake; Wright County; Michael Campion, in his individual capacity as the Commissioner of the Department of Public Safety; Ramona Dohman, in her individual capacity as the Commissioner of the Department of Public Safety; John and Jane Does (1-250), acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of the other governmental agencies; Entity Does (1-50), including cities, counties, municipalities, and other entities sited in Minnesota; Department of Public Safety Does (1-30), acting in their individual capacity as officers, supervisors, staff, employees, individual contractors or agents of the Minnesota Department of Public Safety

Defendants – Appellees
_____

No:  15-1846
_____

Ashley Arcaro, also known as Ashley Trainer

Plaintiff - Appellant

v.

City of Anoka; City of Brooklyn Park; City of Clarkfield; City of Fridley; City of Golden Valley; City of Grand Rapids; City of Jordan; City of Le Center; City of Mankato; City of Maple Grove; City of Maplewood; City of Minneapolis; City of Minnetonka; City of Mound; City of North St. Paul; City of Orono; City of Owatonna; City of Rochester; City of Rosemount; City of Roseville; City of Sartell; City of Savage; City of Shakopee; City of West St. Paul; Anoka County; Mille Lacs County; Morrison County; Scott County; Washington County; Wright County; Yellow Medicine County; John and Jane Does (1-500), acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of the other named law-enforcement agencies

Defendants – Appellees

_____

No: 14-3288
_____

Timothy Wallace Sherno

Plaintiff - Appellant

v.

Anoka County; City of Apple Valley; City of Arlington; City of Baudette; Beltrami County; City of Blackduck; City of Blaine; City of Bloomington; City of Brooklyn Center; City of Brooklyn Park; City of Burnsville; City of Cannon Falls; Cargo Van Go, Inc.; Cars-N-Credit, Inc.; Carver County; Cass County; City of Champlin; Chisago County; City of Cottage Grove; Crow Wing County; City of Crystal; Dakota County; City of Deephaven; City of Eden Prairie; City of Edina; Faribault County; City of Farmington; City of Foley; City of Forest Lake; City of Fridley; City of Golden Valley; Goodhue County; City of Green Isle; Grant County; City of Hastings; City of Henderson; Hennepin County; City of Hopkins; City of Inver Grove Heights; Kanabec County; Kandiyohi County; City of Lake Crystal; Lake of the Woods County; Lakes Area Police Department; City of Le Sueur; City of Mankato; McLeod County; City of Medina; Metropolitan Council; Mille Lacs County; City of Minneapolis; City of Minnetonka; City of Minnetrista; City of Mora; City of Mounds View; Minneapolis Park & Recreation Board; City of New Brighton; City of North St. Paul; City of North Mankato; City of Onamia; City of Orono; Pine County; City of Prior Lake; Ramsey County; City of Ramsey; City of Red Wing; Rice County; City of Richfield; City of Robbinsdale; City of Rochester; City of Rosemount; City of Roseville; City of Royalton; City of Savage; Scott County; City of Shakopee; City of Sherburne; Sherburne County; City of South St. Paul; City of Spring Lake Park; City of St. Anthony; City of St. Cloud; City of St. Francis; St. Louis County; City of St. Louis Park; City of St. Paul Park; City of St. Paul; City of St. Peter; City of Walnut Grove; Waseca County; Washington County; City of Waterville; City of Welcome; City of White Bear Lake; City of Woodbury; Michael Campion, in his individual capacity as the Commissioner of the Department of Public Safety; Ramona Dohman, in her individual capacity as the Commissioner of the Department of Public Safety; John and Jane Does (1-600), acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of the other governmental agencies; Department of Public Safety Does (1-30), acting in their individual capacity as officers, supervisors, staff, employees, independent contractors or agents of the Minnesota Department of Public Safety; Entity Does (1-150), including cities, counties, municipalities, and other entities sited in Minnesota

Defendants – Appellees
_____

No: 14-3750
_____

Jay Clifton Kolls

Plaintiff - Appellant

v.

City of Edina; City of Minneapolis; City of Mound; City of Orono; Dakota Communications Center; Renville County; City of Rosemount; City of Savage; City of Shakopee; City of St. Paul; Michael Campion, in his individual capacity as the Commissioner of the Department of Public Safety; Ramona Dohman, in her individual capacity as the Commissioner of the Department of Public Safety; John and Jane Does (1-50), acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of the other governmental agencies; Department of Public Safety Does (1-30), acting in their individual capacity as officers, supervisors, staff, employees, independent contractors or agents of the Minnesota Department of Public Safety; Entity Does (1-50), including cities, counties, municipalities, and other entities sited in Minnesota

Defendants - Appellees

------------------------------

No:  15-1288

------------------------------

Alix Kendall

Plaintiff - Appellant

v.

City of Albert Lea; City of Annandale; Anoka County; City of Anoka; City of Apple Valley; City of Baxter; City of Becker; City of Belle Plaine; Beltrami County; City of Biwabik; City of Blackduck; City of Blaine; City of Blooming Prairie; City of Bloomington; Blue Earth County; City of Brainerd; City of Brooklyn Center; City of Brooklyn Park; Brown County; City of Buffalo Lake; City of Burnsville; City of Cambridge; City of Cannon Falls; Carver County; Centennial Lakes Police Department; City of Champlin; City of Chaska; Chippewa County; Chisago County; City of Columbia Heights; Cook County; City of Coon Rapids; City of Corcoran; City of Cottage Grove; City of Crosby; City of Crosslake; Crow Wing County; City of Crystal; Dakota County; Dakota Communications Center; City of Deephaven; City of Duluth; City of Eagan; City of Eden Prairie; City of Edina; City of Elk River; City of Elmore; City of Fairmont; Faribault County; City of Faribault; City of Farmington; City of Forest Lake; Freeborn County; City of Fridley; City of Glencoe; City of Golden Valley; Goodhue County; City of Grand Rapids; City of Hastings; City of Henderson; Hennepin County; City of Hermantown; City of Hopkins; City of Howard Lake; Hubbard County; City of Hutchinson; City of Inver Grove Heights; Isanti County; City of Isle; City of Jordan; Kanabec County; Kandiyohi County; City of Lake City; City of Lake Crystal; City of Lakeville; City of Le Center; Le Sueur County; City of Le Sueur; City of Lino Lakes; City of Litchfield; City of Mankato; City of Maple Grove; City of Maplewood; City of Marshall; McLeod County; City of Medina; Meeker County; City of Mendota Heights; Metropolitan Council; City of Milaca; Mille Lacs County; City of Minneapolis; City of Minnetonka; City of Minnetrista; City of Moorhead; City of Mora; City of Morris; Morrison County; City of Mound; City of Mounds View; Mower County; City of New Brighton; City of New Hope; City of New Prague; City of New Ulm; City of North St. Paul; City of Northfield; City of Oak Park Heights; City of Oakdale; Olmstead County; City of Onamia; City of Orono; City of Osakis; City of Owatonna; City of Perham; Pine County; City of Plymouth; City of Princeton; City of Prior Lake; Ramsey County; City of Ramsey; City of Randall; City of Red Wing; Rice County; City of Richfield; City of Robbinsdale; City of Rochester; City of Rogers; City of Rosemount; City of Roseville; City of Royalton; City of Sartell; City of Sauk Centre; City of Savage; Scott County; City of Shakopee; Sherburne County; City of Silver Lake; South Lake Minnetonka Police Department; City of South St. Paul; City of

Spring Lake Park; City of St. Anthony; City of St. Cloud; City of St. Francis; City of St. Joseph; St. Louis County; City of St. Louis Park; City of St. Paul; City of St. Paul Park; City of St. Peter; City of Staples; City of Starbuck; Stearns County; Steele County; Tri-City Police Department; Todd County; City of Tyler; City of West St. Paul; City of Wabasha; Wadena County; City of Waite Park; Waseca County; City of Waseca; Washington County; City of Waterville; Watonwan County; City of Wayzata; City of White Bear Lake; City of Willmar; City of Winona; City of Woodbury; Wright County; City of Wyoming; City of Zumbrota; Michael Campion, in his individual capacity as the Commissioner of the Department of Public Safety; Ramona Dohman, in her individual capacity as the Commissioner of Public Safety; Entity Does (1-30), including cities, counties, municipalities, and other entities sited in Minnesota; City of Amboy; City of Arlington; John and Jane Does (1-100), acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of the other governmental agencies; Department of Public Safety Does (1-30), acting in their individual capacity as officers, supervisors, staff, employees, independent contractors or agents of the Minnesota Department of Public Safety; City of Green Isle; Buffalo Automotive, Inc.; Cars-N-Credit, Inc.; Deml Ford Lincoln, Inc.; Lakes Area Police Department; Upper Midwest Organ Procurement Organization, Inc.; Sexton-Posch, LLC; City of Sherburne; City of Vernon Center; Waconia Dodge, Inc.; City of Welcome; Grant County; Benton County; Cass County; City of Isanti; Minneapolis Park & Recreation Board; City of North Branch; Redwood County; City of Sauk Rapids; City of Stillwater

Defendants - Appellees

------

No:  14-2964

------

Michelle Mary Ray

Plaintiff - Appellant

v.

Anoka County; City of Big Lake; City of Bloomington; City of Brooklyn Center; City of Brooklyn Park; City of Burnsville; City of Champlin; City of Corcoran; City of Elk River; Hennepin County; City of Maple Grove; City of Minneapolis; City of Osseo; City of Ramsey; Sherburne County; Michael Campion, in his individual capacity as the Commissioner of the Department of Public Safety; Ramona Dohman, in her individual capacity as the Commissioner of the Department of Public Safety; John and Jane Does (1-100) acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of the other governmental agencies; Department of Public Safety Does (1-30) acting in their individual capacity as officers, supervisors, staff, employees, independent contractors, or agents of the Minnesota Department of Public Safety; Entity Does (1-500) including cities, counties, municipalities, and other entities sited in Minnesota

Defendants - Appellees

------

No:  14-3404

------

Diane Catherine Gavin

Plaintiff - Appellant

v.

Anoka County; City of Apple Valley; City of Arlington; City of Bloomington; City of Brainerd; City of Brooklyn Park; Clay County; City of Cottage Grove; City of Duluth; City of Elko New Market; City of Green Isle; City of Hastings; Hennepin County; City of Madelia; City of Maplewood; Metropolitan Council; City of Minneapolis; Minneapolis Park and Recreation Board; City of Mound; City of Nisswa; Olmsted County; City of Princeton; City of Prior Lake; Ramsey County; City of Richfield; City of St. Paul; City of St. Paul Park; Washington County; City of Woodbury; Michael Campion, in his individual capacity as the Commissioner of the Department of Public Safety; Ramona Dohman, in her individual capacity as the Commissioner of the Department of Public Safety; John and Jane Does (1-500), acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of the other governmental agencies; Department of Public Safety Does (1-30), acting in their individual capacity as officers, supervisors, staff, employees, independent contractors or agents of the Minnesota Department of Public Safety; Entity Does (1-50), including cities, counties, municipalities, and other entities sited in Minnesota

Defendants - Appellees

------------------------------

No: 14-3448

------------------------------

Brian Potocnik

Plaintiff - Appellant

v.

City of Minneapolis; City of St. Paul; John and Jane Does (1-300), acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of Minneapolis or St. Paul

Defendants – Appellees

------------------------------

No: 14-3673

------------------------------

Douglas Paul Delaney; Nancy Marie Delaney

Plaintiffs - Appellants

v.

Beltrami County; City of Bloomington; City of Brainerd; Carlton County; Crow Wing County; City of Eden Prairie; City of Hancock

Defendants - Appellees

Hennepin County; Hire Right, a Delaware Corporation

Defendants

Kanabec County; City of Minnetonka; City of Mound; Metropolitan Airport Commission; City of Rosemount; St. Louis County; City of St. Paul; Michael Campion, in his individual capacity as the Commissioner of the Department of Public Safety; Ramona Dohman, in her individual capacity as the Commissioner of the Department of Public Safety; Entity Does (1-30), including cities, counties, municipalities, and other entities sited in Minnesota; Department of Public Safety Does (1-30), acting in their individual capacity as officers, supervisors, staff, employees, independent contractors or agents of the Minnesota Department of Public Safety; John and Jane Does (1-150), acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of the other governmental agencies

Defendants – Appellees

------

No:  14-3651

------

James Roschen; Megan Roschen; Laura Drazkowski; Kinsey Drazkowski; David Harms; Beverly Snow; Jerry Snow; Jerry Gelao; John Adams; Donna Adams; Virginia Kautz; Julie Porcher

Plaintiffs - Appellants

Marlin Graves; Karen Graves

Plaintiffs

Debra Roschen; Steve Drazkowski; C. Merl Norman; Anna Mae Norman

Plaintiffs - Appellants

v.

Wabasha County; Anoka County

Defendants - Appellees

Anoka County Community Corrections; Dylan Warkentin, Director, Anoka County Community Corrections, in his individual and official capacity

Defendants

Benton County; Blue Earth County; Blue Earth County Community Corrections; Josh Milow, Director, Blue Earth County Community Corrections, in his individual and official capacity; Chisago County; Dakota County; Dodge County; Douglas County; Faribault County; Goodhue County; Hennepin County

Defendants - Appellees

Hennepin County Community Corrections; Tom Merkel, Director, Hennepin County Community Corrections, in his individual and official capacity

Defendants

Jackson County; Lake County; Martin County; Mille Lacs County; Nicollet County; Olmsted County; Ottertail County; Ramsey County; Renville County

Defendants - Appellees

St. Louis County

Defendant

Scott County; Steele County; Washington County; Winona County; Wright County

Defendants - Appellees

Ramona Dohman, acting in her individual and official capacity as Commissioner of Public Safety; Lori Swanson, in her individual capacity and official capacity as Attorney General of Minnesota; Colonel Kevin Daly, in his individual capacity and official capacity as Chief of State Patrol of Minnesota; Lucinda Jesson, in her individual and official capacity as Commissioner of Minnesota Department of Human Services; Tom Roy, in his individual capacity and official capacity as Commissioner of Minnesota Department of Corrections

Defendants

City of Austin; City of Cannon Falls; City of Chaska; City of Cloquet; City of Duluth; City of Eagan; City of Fairmont; City of Hastings; City of Lake City; Lakes Area Police Department; City of Medina; City of Minneapolis; City of Minnetonka; City of Oakdale; City of Park Rapids; City of Plainview; City of Prior Lake; City of Red Wing; City of Richfield; City of Rochester; City of Rosemount; City of Roseville; City of Sartell; City of St. Cloud; City of Saint Paul; City of Staples; City of Stillwater; City of Wabasha; City of Waterville; City of Wells; City of White Bear Lake; City of Winona; Fond du Lac Police Department; Metro Transit Police Department

Defendants - Appellees

John and Jane Does (1-1000), acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of law enforcement agencies sited in Minnesota; Department of Public Safety Does (1-30), acting in their individual capacity as officers, supervisors, staff, employees, independent contractors or agents of the Minnesota Department of Public Safety; Entity Does (1-50), including cities, counties, municipalities, district courts, court services and other entities sited in Minnesota; Jeff Shorba, in his individual capacity and official capacity as State Court Administrator

Defendants

City of Deerwood; City of Goodview; City of Kasson; City of Kenyon; City of Mantorville

Defendants – Appellees

_____

No: 15-1805
_____

Nadine Babu

Plaintiff - Appellant

v.

City of Becker; Benton County; City of Blaine; City of Bloomington; City of Cottage Grove; City of Eagan; City of Eden Prairie; Fillmore County; City of Hopkins; City of Lake Crystal; City of Minneapolis; City of Minnetonka; City of Moorhead; City of Orono; Sherburne County; Washington County; Michael Campion, in his individual capacity as the Commissioner of the Department of Public Safety; Ramona Dohman, in her individual capacity as the Commissioner of the Department of Public Safety; Minnesota Department of Public Safety Does (1-30), acting in their individual capacity as officers, supervisors, staff, employees, independent contractors or agents of the Minnesota Department of Public Safety; Entity Does (1-50), including cities, counties, municipalities, and other entities sited in Minnesota

Defendants – Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:14-cv-00539-PAM)
(0:14-cv-00298-DSD)
(0:14-cv-00253-JNE)
(0:14-cv-00297-JNE)
(0:14-cv-00982-JNE)
(0:14-cv-00615-ADM)
(0:14-cv-01215-DSD)
(0:13-cv-02490-ADM)
(0:14-cv-00358-PJS)
(0:14-cv-00370-DWF)
(0:14-cv-00247-DSD)
(0:14-cv-04471-DSD)
(0:13-cv-02772-JNE)

_____

## JUDGMENT

Before WOLLMAN, LOKEN and BYE, Circuit Judges.

These appeal from the United States District Court were submitted on the record of the district court, briefs of the parties and were argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgments of the district court in these cases are affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

September 01, 2016

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans