# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-3151

Sarah Kristine Tichich

Appellant

v.

City of Bloomington, et al.

Appellees

No: 14-3188

Cynthya Lou Porter

Appellant

v.

City of Brooklyn Park, et al.

Appellees

No: 14-3225

Laureen Cay Barghini

Appellant

v.

Anoka County, et al.

Appellees

No: 14-3288

Timothy Wallace Sherno

Appellant

v.

Anoka County, et al.

Appellees

No: 14-3404

Diane Catherine Gavin

Appellant

v.

Anoka County, et al.

Appellees

No: 14-3651

James Roschen, et al.

Appellants

Marlin Graves and Karen Graves

Debra Roschen, et al.

Appellants

v.

Wabasha County and Anoka County

Appellees

Anoka County Community Corrections and Dylan Warkentin, Director, Anoka County Community Corrections, in his individual and official capacity

Benton County, et al.

Appellees

Hennepin County Community Corrections and Tom Merkel, Director, Hennepin County Community Corrections, in his individual and official capacity

Jackson County, et al.

Appellees

St. Louis County

Scott County, et al.

Appellees

Ramona Dohman, acting in her individual and official capacity as Commissioner of Public Safety, et al.

City of Austin, et al.

Appellees

John and Jane Does (1-1000), acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of law enforcement agencies sited in Minnesota, et al.

City of Deerwood, et al.

Appellees

No: 14-3673

Douglas Paul Delaney and Nancy Marie Delaney

Appellants

v.

Beltrami County, et al.

Appellees

Hennepin County and Hire Right, a Delaware Corporation

Kanabec County, et al.

Appellees

No: 15-1288

Alix Kendall

Appellant

v.

City of Albert Lea, et al.

Appellees

No: 15-1846

Ashley Arcaro, also known as Ashley Trainer

Appellant

v.

City of Anoka, et al.

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:14-cv-00298-DSD)
(0:14-cv-00253-JNE)
(0:14-cv-00297-JNE)
(0:14-cv-00982-JNE)
(0:14-cv-00615-ADM)
(0:13-cv-02490-ADM)
(0:14-cv-00358-PJS)
(0:14-cv-00247-DSD)
(0:13-cv-02772-JNE)

_____

## ORDER

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

November 28, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans